# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Denise Miller ,**

vs.

**First National Bank , et al. ,**

**CASE NO: 1:23−CV−01331−CDB**

## SUMMONS IN A CIVIL CASE

TO: **Experian Information Solutions, Inc., First National Bank**

Defendant's Address:

First National Bank
307 E Hustan Ave
Fort Pierre, SD 57532

**YOU ARE HEREBY SUMMONED** and required to serve on:

**Garrett F. Charity**
**McCarthy Law PLC**
**4250 N. Drinkwater Blvd., Suite 320**
**Scottsdale, AZ 85251**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you**, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**

CLERK

**/s/ J. Xiong**

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT ★ Eastern District of California ★

**ISSUED ON 2023−09−08 08:28:48**
**CLERK, USDC EDCA**

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of California

Case Number: 1:23-CV-01331-CDB

Plaintiff:
**Denise Miller**
vs.
Defendant:
**First National Bank; et al**

For: McCarthy Law PLC

Received by Front Range Legal Process Service, Inc. on the 16th day of October, 2023 at 3:46 pm to be served on **First National Bank, 307 E. Hustan Ave, Fort Pierre, SD 57532.** I, Dan Neuzbauer, do hereby affirm that on the 20th day of October, 20 23 at 9 : 12 A m., executed service by delivering a true copy of the **Summons in a Civil Case; Complaint for Damages; Scheduling Conference Worksheet; Initial Scheduling Order, Cases Assigned Under App A. Sub (M); Order Setting Mandatory Scheduling Conference; Magistrate Judge Consent in Civil Cases; Civil Cover Sheet** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving ______ as ______ of the within-named agency.
(X) CORPORATE SERVICE: By serving Shawn Leafgreen as Vice President.
( ) POSTING ______

( ) DESCRIPTION ) Age ___ Sex ___ Race ______ Height ___ Weight ___ Hair ___ Glasses ___

( ) OTHER SERVICE: As described in the Comments below by

**COMMENTS:** ______

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

[signature] 10-20-2023
Jaci Keller
My Commission Expires
November 2, 2028

JACI KELLER
NOTARY PUBLIC
SOUTH DAKOTA
SEAL SEAL

[signature]
PROCESS SERVER # Na In SD
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: 2023009683

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k