Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
aleeth@burr.com

Attorney for Defendant
FIRST NATIONAL BANK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| **DENISE MILLER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**FIRST NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:23-cv-01331-ADA-CDB**<br><br>**FIRST NATIONAL BANK'S ANSWER TO COMPLAINT**<br><br>**Hon. Ana de Alba**<br><br>**Hon. Christopher D. Baker** |

Defendant First National Bank ("FNB"), by and through the undersigned counsel, hereby files this Answer and Affirmative Defenses to Plaintiff Denise Miller's ("Plaintiff") First Amended Complaint ("Complaint"), and states as follows:

## I. INTRODUCTION

1. FNB admits that Plaintiff purports to bring this action for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681e(b) ("FCRA"), and the California Rosenthal Fair Debt Collection Practices Act ("RFDCPA"). However, FNB denies that it committed any violation of the referenced statutes or any other law and demands strict proof thereof.

## II. PARTIES

2. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 2, and, therefore, denies the same and demands strict proof thereof.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

3. The allegations contained in Paragraph 3 call for a legal conclusion and, therefore, no response is required. To the extent a response is required, FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 3 of the Complaint and, therefore, denies the same and demands strict proof thereof.

4. FNB admits that it is authorized to conduct business in California. Except as specifically admitted herein, FNB denies the allegations set forth in paragraph 4 Plaintiff's Complaint and demands strict proof thereof.

5. The allegations contained in Paragraph 5 call for a legal conclusion and, therefore, no response is required. To the extent a response is required, FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 5 of the Complaint and, therefore, denies the same and demands strict proof thereof.

6. FNB denies the allegations of Paragraph 6 and demands strict proof thereof.

7. FNB denies the allegations of Paragraph 7 and demands strict proof thereof.

8. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 8 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

9. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 9 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

10. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 10 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

11. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 11 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

12. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 12 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

## III. JURISDICTION AND VENUE

13. FNB admits that this Court has jurisdiction over Plaintiff's Complaint, but denies any violation of the law. FNB denies all remaining allegations in this paragraph.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

14. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 14 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

15. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 15 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

## IV. FACTUAL ALLEGATIONS

16. FNB denies the allegations of Paragraph 16 and demands strict proof thereof.

17. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 17 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

18. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 18 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

19. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 19 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

20. FNB denies the allegations of Paragraph 20 and demands strict proof thereof.

21. FNB denies the allegations of Paragraph 21 and demands strict proof thereof.

22. FNB denies the allegations of Paragraph 22 and demands strict proof thereof.

### PLAINTIFF'S WRITTEN DISPUTE

23. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 23 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

24. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 24 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

25. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 25 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

26. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 26 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

27. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 27 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

28. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 28 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

29. FNB denies the allegations of Paragraph 29 and demands strict proof thereof.

30. FNB denies the allegations of Paragraph 30 and demands strict proof thereof.

31. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 31 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

32. FNB denies the allegations of Paragraph 32 and demands strict proof thereof.

33. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 33 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

34. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 34 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

35. FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraph 35 of the Complaint, and, therefore, denies the same and demands strict proof thereof.

36. FNB denies the allegations of Paragraph 36 and demands strict proof thereof.

## COUNT I - EXPERIAN

## FAIR CREDIT REPORTING ACT VIOLATION – 15 U.S.C. § 1681e(b)

37. FNB incorporates all of its prior responses as if set forth specifically herein.

38-43. FNB states that the allegations contained within Paragraphs 38-43 are not directed at FNB and, therefore, do not require a response from FNB. To the extent a response is required, FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraphs 38-43, and, therefore, denies the same and demands strict proof thereof.

## COUNT II - EXPERIAN

## FAIR CREDIT REPORTING ACT VIOLATION – 15 U.S.C. § 1681i

44. FNB incorporates all of its prior responses as if set forth specifically herein.

45-50. FNB states that the allegations contained within Paragraphs 45-50 are not directed at FNB and, therefore, do not require a response from FNB. To the extent a response is required,

FNB is without sufficient knowledge or information to admit or deny the allegations in Paragraphs 45-50, and, therefore, denies the same and demands strict proof thereof.

**COUNT V [SIC]– FIRST NATIONAL**

**FAIR CREDIT REPORTING ACT VIOLATION – 15 U.S.C. § 1681s-2(b)**

51. FNB incorporates all of its prior responses as if set forth specifically herein.

52. FNB denies the allegations of Paragraph 52 and demands strict proof thereof.

53. FNB denies the allegations of Paragraph 53 and demands strict proof thereof.

54. FNB denies the allegations of Paragraph 54 and demands strict proof thereof. FNB further denies that Plaintiff is entitled to any damages or any other relief whatsoever and demands strict proof thereof.

55. FNB denies the allegations of Paragraph 55 and demands strict proof thereof. FNB further denies that Plaintiff is entitled to any punitive damages or any other relief whatsoever and demands strict proof thereof.

56. FNB denies the allegations of Paragraph 56 and demands strict proof thereof. FNB further denies that Plaintiff is entitled to any damages or any other relief whatsoever and demands strict proof thereof.

57. FNB denies the allegations of Paragraph 57 and demands strict proof thereof. FNB further denies that Plaintiff is entitled to any costs, attorneys' fees or any other relief whatsoever and demands strict proof thereof.

**COUNT VI – FIRST NATIONAL**

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT – CAL CIV. CODE § 1788.17**

58. FNB incorporates all of its prior responses as if set forth specifically herein.

59. FNB denies the allegations of Paragraph 59 and demands strict proof thereof. FNB further denies that Plaintiff is entitled to any damages or any other relief whatsoever and demands strict proof thereof.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

## PRAYER FOR RELIEF

In response to the paragraph entitled "Prayer for Relief" following Paragraph 59 of Plaintiff's Complaint, including all subparts, FNB denies that Plaintiff is entitled to any judgment, actual damages, statutory damages, punitive damages, injunctive relief, costs, attorney's fees or any other relief whatsoever against FNB and demands strict proof thereof.

In response to the unnumbered paragraph following the paragraph entitled "Prayer for Relief," including all subparts, FNB denies that Plaintiff is entitled to any judgment, adjudication, statutory damages, actual damages, costs, attorney's fees or any other relief whatsoever against FNB and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

To the extent Plaintiff's claims are based on conduct occurring beyond the applicable statutes of limitations, they are time barred.

### SECOND DEFENSE

Plaintiff's claims are barred to the extent they are subject to arbitration.

### THIRD DEFENSE

Plaintiff's claims against FNB are barred by the doctrines of judicial estoppel, equitable estoppel, collateral estoppel and *res judicata*.

### FOURTH DEFENSE

FNB pleads privilege and justification.

### FIFTH DEFENSE

At all times, FNB acted in good faith and without malice or intent to injure Plaintiff.

### SIXTH DEFENSE

Plaintiff lacks standing.

### SEVENTH DEFENSE

FNB pleads the defense of lack of causal relation between its alleged conduct and the damages alleged.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

**EIGHTH DEFENSE**

Plaintiff's claims for damages must fail to the extent Plaintiff has failed to mitigate her damages.

**NINTH DEFENSE**

Any violation of the law or damage suffered by Plaintiff, which FNB denies, was due to the affirmative actions and/or omissions of Plaintiff and does not give rise to any liability of FNB.

**TENTH DEFENSE**

The claims asserted by Plaintiff against FNB are barred by any bankruptcy case filed by Plaintiff, based on the doctrines of *res judicata*, judicial estoppel, 11 U.S.C. § 1327(a), 11 U.S.C. § 704, 11 U.S.C. § 541, waiver, equitable estoppel, and release. Moreover, as a result of any such prior proceedings, Plaintiff is not the real party in interest to bring the present claims and lacks standing to pursue the causes of action.

**ELEVENTH DEFENSE**

Plaintiff's claims against FNB are barred by the doctrines of waiver, estoppel, laches, release, unclean hands, consent, ratification, acquiescence and/or accord and satisfaction.

**TWELFTH DEFENSE**

Plaintiff's injuries were the result of an intervening or superseding cause or the acts or omissions of third parties over which FNB had no responsibility or control and for which FNB may not be held liable.

**THIRTEENTH DEFENSE**

Any violation of the Rosenthal Fair Debt Collection Practices Act, which FNB denies, was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

**FOURTEENTH DEFENSE**

FNB affirmatively invokes and asserts all defenses created by and under the Rosenthal Fair Debt Collection Practices Act, including that Plaintiff's claim is barred by the bona fide error defense.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA, 35203
(205) 251-3000

**FIFTEENTH DEFENSE**

FNB pleads the doctrines of recoupment and/or setoff.

**SIXTEENTH DEFENSE**

Plaintiff lacks Article III standing to assert the claims Plaintiff has alleged against FNB. Among other things, Plaintiff has failed to allege and cannot prove that Plaintiff suffered a concrete and particularized injury in fact. *See Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016), as revised (May 24, 2016).

**SEVENTEENTH DEFENSE**

FNB avers that an award of punitive damages in this case would serve no purpose for which punitive damages can be awarded.

**EIGHTEENTH DEFENSE**

Plaintiff's claims for punitive damages are barred, in whole or in part, to the extent an award of any such punitive damages would be violative of the holdings of, and/or standards set forth in *BMW of North America v. Gore*, 517 U.S. 559, 116 S. Ct. 1589, 134 L. Ed. 2d 809 (1996); *Cooper Industries, Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 424, 121 S. Ct. 1678, 149 L. Ed. 2d 674 (2001); *State Farm Mut. Automobile Ins. Co. v. Campbell*, 538 U.S. 408, 123 S. Ct. 1513, 155 L. Ed. 2d 585 (2003); and any subsequently entered opinions of the United States Supreme Court addressing punitive damages.

**NINETEENTH DEFENSE**

To the extent not otherwise encompassed by the defenses asserted above, Plaintiff's claims for punitive damages are further barred, in whole or in part, to the extent an award of any such punitive damages would be violative of the United States Constitution and/or the Constitution of the State of California.

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

## RESERVATION OF DEFENSES

FNB reserves the right to assert additional defenses as discovery progresses in this case. To the extent that any of the foregoing allegations in the complaint have not been expressly admitted or denied, they are hereby denied.

Respectfully submitted this 4th day of December, 2023.

*s/ Alan D. Leeth*
Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
E-mail: aleeth@burr.com
*Counsel for Defendant, First National Bank*

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

**CERTIFICATE OF SERVICE**

A copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES** has been filed this 4th day of December, 2023 through the Court's CM/ECF system, which will send notification of such filing to all parties of record. All parties may access the foregoing via the Court's CM/ECF system.

*s/ Alan D. Leeth*
Alan D. Leeth (SBN 199226)