Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
aleeth@burr.com

Attorney for Defendant
FIRST NATIONAL BANK

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| **DENISE MILLER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**FIRST NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:23-cv-01331-NODJ-CDB**<br><br>**FIRST NATIONAL BANK'S STATEMENT IN COMPLIANCE WITH FRCP 7.1** |

**COMES NOW** defendant First National Bank and states First National Bank is 100% owned by the Bank Holding Company, Capitol Bancorporation, Inc. No publicly held company owns ten percent or more of the Bank Holding Company, Capitol Bancorporation, Inc.

Respectfully submitted this 4th day of December, 2023.

*s/ Alan D. Leeth*
Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
E-mail: aleeth@burr.com
*Counsel for Defendant*
*First National Bank*

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

**CERTIFICATE OF SERVICE**

A copy of the foregoing **STATEMENT IN COMPLIANCE WITH FRCP 7.1** has been filed this 4th day of December, 2023 through the Court's CM/ECF system, which will send notification of such filing to all parties of record. All parties may access the foregoing via the Court's CM/ECF system.

*s/ Alan D. Leeth*
Alan D. Leeth (SBN 199226)